**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   06-CV-00255-LTB-MEH

Apostolos Kalasountas

    Plaintiff,

v.

Time Insurance Company, f/k/a Fortis Insurance Company

    Defendant,

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER COMES before this Court on the parties' "Stipulation to Dismiss Case with Prejudice," and having reviewed the file, the Court considered the Stipulation, and being fully advised in the premises, finds and orders as follows:

**IT IS HEREBY ORDERED** that parties' stipulation to dismiss the case with prejudice is **GRANTED**, with all parties to bear their own costs and attorney fees.

**IT IS FURTHER ORDERED** that the parties' compliance with the settlement agreement is a condition to dismissal, and that should a dispute arise between the parties relating to enforcement of the settlement agreement, the Court retains jurisdiction to resolve the dispute.

**DONE AND DATED** this   5th   day of   June  , 2006.

          **BY THE COURT**

          s/Lewis T. Babcock
          Lewis T. Babcock, Chief Judge
          United States District Court
          for the District of Colorado